IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01656-MSK-BNB

CHERI STRAHAN,

Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD., a Canadian corporation,

Defendant.

_____

**ORDER**
_____

By an Order [Doc. # 5] filed July 29, 2009, I set this case for a scheduling conference to occur on September 4, 2009, at 10:00 a.m.  By a minute order [Doc. # 6] a settlement conference was set to occur at the same date and time.

The defendant is a corporation.  Although the defendant caused a letter [Doc. # 7] to be filed on August 5, 2009, signed by its manager of operations, no response to the complaint has been filed and no entry of appearance has been made by a member of the bar of this court. Earlier today, the plaintiff filed a Motion to Strike Defendant's Letter . . . and to Order the Clerk of the Court to Enter Default Against the Defendant [Doc. # 8].  In view of the posture of the case:

IT IS ORDERED that the scheduling conference and the settlement conference set for September 4, 2009, at 10:00 a.m., are VACATED.

Dated September 1, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge