IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01656-MSK-BNB

CHERI STRAHAN,

Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD., a Canadian corporation,

Defendant.

## ORDER

By an Order to Show Cause [Doc. # 19, filed 2/17/2010] I required the plaintiff to demonstrate why this case should not be dismissed for lack of prosecution. The plaintiff subsequently filed a Motion for Default Judgment [Doc. # 20] and a Response to Order to Show Cause [Doc. # 21]. Good cause having been shown:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

Dated March 9, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge